UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Kathy Bell - Case No. 1:18-cv-03887

> ACKNOWLEDGED. Case is dismissed without prejudice.
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana
>
> Date: 10/08/2024

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule 41(a)(1)(ii), Plaintiff and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS stipulate to the dismissal of all claims in this action without prejudice. Each party shall bear its own fees and costs.

Dated: September 30, 2024

| | |
|---|---|
| /s/ Joseph Cappelli | /s Andrea Roberts Pierson |
| Joseph Cappelli, Esq. | Andrea Roberts Pierson |
| Marc Bern & Partners, LLP | Faegre Drinker Biddle & Reath LLP |
| 60 E. 42nd Street, Suite 1400 | 300 North Meridian Street, Suite 2500 |
| New York, NY 10165 | Indianapolis, Indiana  46204 |
| Telephone:  212-702-5000 | Telephone:  (317) 237-0300 |
| Facsimile:   212-818-0164 | Facsimile:   (317) 237-1000 |
| Email: jcappelli@bernllp.com | Email: andrea.pierson@faegredrinker.com |
| **Attorney for Plaintiffs** | **Attorney for Defendants** |